UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

EDWARD SERAFIN

    Plaintiff,

V.

    CIVIL ACTION NO.
    1-08-03102-BEL

AUTO SHOWCASE OF BALTIMORE, LLC.

    Defendant.

## ORDER

The Court after having reviewed the Complaint, Motion for Default, Motion and Memorandum for Default Judgment, Addendum to Motion and Memorandum for Default Judgment, Plaintiff Edward Serafin's Affidavit, Phillip Bate's Affidavit, Attorney's Fee Affidavit, Revised Attorney Fee Affidavit, Affidavit of Bernard T. Kennedy and questions asked of Bernard T. Kennedy it is this 3rd day of March, 2009, by the United States District Court for the District of Maryland, ORDERED that:

The following ARE, GRANTED/ DENIED.

Defendant Auto Showcase of Baltimore, LLC shall pay Plaintiff;

$1,500    as statutory damages on Count I.

$1,955    as consequential/compensatory Damages on Count II

$671.00    as costs for filing fee, process server, Affidavit of Appraiser Phillip Bate and cost of title search.

$ 4,980           as Reasonable attorney fees.

$ 9,106           Total Award.

The Clerk will transmit copies of this ORDER to counsel for the parties and CLOSE the case.

MARCH 3, 2009
Date

BENSON EVERETT LEGG
Chief United States District Judge